Ralphs

Pay Date: 04/08/11

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Doubletime | 4.80 | 47.4500 | 227.77 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 4.80 | .3000 | 1.44 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| —Gross— | 946.96 | 16,683.86 |
| Federal Tax | 152.12 | 1,758.64 |
| Soc Sec W/H | 39.77 | 700.72 |
| Medicare W/H | 13.73 | 241.92 |
| CA Calif Sta | 83.16 | 1,310.50 |
| CA Calif SDI | 11.37 | 200.21 |
| Child Supp | 161.54 | 2,113.79 |
| Child Supp | 125.00 | 1,379.26 |
| ChldSupt Fee | 2.00 | 22.00 |
| RGC Wkly | 14.75 | 191.75 |

FILING STATUS: S EXEMPTIONS: FEDERAL STATE 4

**RUSS BORUNDA**

**Advice #: 979689**

**Emp.# 1036058**

| | |
|---|---|
| TOTAL GROSS | 946.96 |
| DEDUCTIONS | 603.44 |
| NET PAY | 343.52 |

SATISFIED CUSTOMERS MADE THIS CHECK POSSIBLE

*To Remove Document Fold and Tear Along This Perforation*

THIS CHECK HAS MICROPRINTING AND A HEAT-ACTIVATED SECURITY LOGO ON BACK. IF NOT PRESENT DO NOT CASH.

Ralphs

ADVICE NO. 979689
DATE 04/08/11

DEPOSITED TO:

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 04/08/11 | 343.52 |

Total Deposit $ 343.52

Employee # 1036058

RUSS BORUNDA
2018 W. 262 ST.
LOMITA CA
90717

THIS IS NOT A CHECK

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

THIS ACCOUNT CLEARS POSITIVE PAY

THIS CHECK IS PRINTED WITH A BLUE SECURITY BACKGROUND ON WHITE PAPER. IF NOT PRESENT DO NOT CASH.

Ralphs

Pay Period From 03/21/11 To 03/27/11 **Pay Date: 04/01/11**

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Sunday Reg | 10.00 | 23.7250 | 237.25 |
| SUN OT AMT | .10 | 46.1813 | 4.61 |
| Doubletime | 5.50 | 47.4500 | 260.99 |
| Sun Amt Prem | 10.00 | 7.0625 | 70.62 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 15.60 | .3000 | 4.68 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| ---Gross--- | 1,295.90 | 15,736.90 |
| Federal Tax | 239.36 | 1,606.52 |
| Soc Sec W/H | 54.43 | 660.95 |
| Medicare W/H | 18.80 | 228.19 |
| CA Calif Sta | 118.53 | 1,227.34 |
| CA Calif SDI | 15.55 | 188.84 |
| Child Supp | 161.54 | 1,952.25 |
| Child Supp | 125.00 | 1,254.26 |
| ChldSupt Fee | 2.00 | 20.00 |
| RGC Wkly | 14.75 | 177.00 |

FILING STATUS: S EXEMPTIONS: FEDERAL STATE 4

**RUSS BORUNDA** **Advice #: 909980**

**Emp.# 1036058**

| | |
|---|---|
| TOTAL GROSS | 1,295.90 |
| DEDUCTIONS | 749.96 |
| NET PAY | 545.94 |

**SATISFIED CUSTOMERS MADE THIS CHECK POSSIBLE**

*To Remove Document Fold and Tear Along This Perforation*

THIS CHECK HAS MICROPRINTING AND A HEAT-ACTIVATED SECURITY LOGO ON BACK. IF NOT PRESENT DO NOT CASH.

Ralphs

ADVICE NO. 909980
DATE 04/01/11

DEPOSITED TO: **** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 04/01/11 | 545.94 |

Total Deposit $ 545.94

Employee # 1036058

RUSS BORUNDA
2018 W. 262 ST.
LOMITA CA
90717

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

THIS CHECK IS PRINTED WITH A BLUE SECURITY BACKGROUND ON WHITE PAPER. IF NOT PRESENT DO NOT CASH.

THIS ACCOUNT CLEARS POSITIVE PAY

Ralphs Pay Period From 03/14/11 To 03/20/11 Pay Date: 03/25/11

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Sunday Reg | 10.00 | 23.7250 | 237.25 |
| SUN OT AMT | .20 | 46.1813 | 9.23 |
| Doubletime | 3.60 | 47.4500 | 170.83 |
| Sun Amt Prem | 10.00 | 7.0625 | 70.62 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 13.60 | .3000 | 4.08 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| —Gross— | 1,209.76 | 14,441.00 |
| Federal Tax | 217.82 | 1,367.16 |
| Soc Sec W/H | 50.81 | 606.52 |
| Medicare W/H | 17.54 | 209.39 |
| CA Calif Sta | 109.71 | 1,108.81 |
| CA Calif SDI | 14.52 | 173.29 |
| Child Supp | 161.54 | 1,790.71 |
| Child Supp | 125.00 | 1,129.26 |
| ChldSupt Fee | 2.00 | 18.00 |
| RGC Wkly | 14.75 | 162.25 |

FILING STATUS: S EXEMPTIONS: FEDERAL STATE 4

**RUSS BORUNDA**

TOTAL GROSS 1,209.76
DEDUCTIONS 713.69
NET PAY 496.07

**Advice #: 831536**
**Emp.# 1036058**

**SATISFIED CUSTOMERS MADE THIS CHECK POSSIBLE**

*To Remove Document Fold and Tear Along This Perforation*

THIS CHECK HAS MICROPRINTING AND A HEAT-ACTIVATED SECURITY LOGO ON BACK. IF NOT PRESENT DO NOT CASH.

Ralphs

DEPOSITED TO:

Transit# 322271627 Bank Name Washington Mutual, California

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

ADVICE NO. 831536
DATE 03/25/11

Deposit Date 03/25/11 Deposit Amount 496.07

Total Deposit $ 496.07

RUSS BORUNDA
2018 W 262 ST
LOMITA CA
90717

Employee # 1036058

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE.

THIS CHECK IS PRINTED WITH A BLUE SECURITY BACKGROUND ON WHITE PAPER. IF NOT PRESENT DO NOT CASH.

Ralphs **Pay Period From 02/21/11 To 02/27/11** **Pay Date: 03/04/11**

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Sunday Reg | 10.00 | 23.7250 | 237.25 |
| SUN OT AMT | 3.30 | 46.1813 | 152.39 |
| Doubletime | 7.20 | 47.4500 | 341.65 |
| Sun Amt Prem | 10.00 | 7.0625 | 70.62 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 17.20 | .3000 | 5.16 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| —Gross— | 1,524.82 | 9,935.54 |
| Federal Tax | 296.59 | 477.77 |
| Soc Sec W/H | 64.04 | 417.29 |
| Medicare W/H | 22.11 | 144.07 |
| CA Calif Sta | 141.94 | 690.04 |
| CA Calif SDI | 18.30 | 119.23 |
| Child Supp | 161.54 | 1,306.09 |
| Child Supp | 125.00 | 754.26 |
| ChldSupt Fee | 2.00 | 12.00 |
| RGC Wkly | 14.75 | 118.00 |

FILING STATUS: S EXEMPTIONS: FEDERAL STATE 4

**RUSS BORUNDA**

TOTAL GROSS 1,524.82
DEDUCTIONS 846.27
NET PAY 678.55

**Advice #: 584308**
**Emp.# 1036058**

SATISFIED CUSTOMERS MADE THIS CHECK POSSIBLE

Ralphs Pay Period From 02/07/11 To 02/13/11 **Pay Date: 02/18/11**

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Doubletime | .30 | 47.4500 | 14.25 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | .30 | .3000 | .09 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| —Gross— | 732.09 | 7,372.54 |
| Federal Tax | | 6.25 |
| Soc Sec W/H | 30.75 | 309.65 |
| Medicare W/H | 10.61 | 106.90 |
| CA Calif Sta | 51.61 | 455.94 |
| CA Calif SDI | 8.78 | 88.47 |
| Child Supp | 157.59 | 983.01 |
| Child Supp | 125.00 | 504.26 |
| ChldSupt Fee | 2.00 | 8.00 |
| RGC Wkly | 14.75 | 88.50 |

FILING STATUS: M EXEMPTIONS: FEDERAL 99 STATE 4

**RUSS BORUNDA** **Advice #: 434535**

**Emp.# 1036058**

| | |
|---|---|
| TOTAL GROSS | 732.09 |
| DEDUCTIONS | 401.09 |
| NET PAY | 331.00 |

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

Ralphs

DEPOSITED TO:

ADVICE NO. 434535
DATE 02/18/11

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 02/18/11 | 331.00 |

Total Deposit $ 331.00

Employee # 1036058

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

RUSS BORUNDA
2018 W. 262 ST.
LOMITA CA 90717

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

Security features included. Details on back.

Ralphs Pay Period From 01/24/11 To 01/30/11 **Pay Date: 02/04/11**

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Sunday Reg | 5.30 | 23.7250 | 125.74 |
| Doubletime | 3.20 | 47.4500 | 151.85 |
| Sun Amt Prem | 5.30 | 7.0625 | 37.43 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 8.50 | .3000 | 2.55 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| —Gross— | 1,035.32 | 4,957.98 |
| Federal Tax | | 6.25 |
| Soc Sec W/H | 43.49 | 208.24 |
| Medicare W/H | 15.01 | 71.89 |
| CA Calif Sta | 63.66 | 298.24 |
| CA Calif SDI | 12.43 | 59.50 |
| Child Supp | 161.54 | 663.88 |
| Child Supp | 125.00 | 254.26 |
| ChldSupt Fee | 2.00 | 4.00 |
| RGC Wkly | 14.75 | 59.00 |

FILING STATUS: M EXEMPTIONS: FEDERAL 99 STATE 4

**RUSS BORUNDA** **Advice #: 260888**

**Emp.# 1036058**

TOTAL GROSS 1,035.32
DEDUCTIONS 437.88
NET PAY 597.44

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

Ralphs

ADVICE NO. 260888
DATE 02/04/11

DEPOSITED TO:

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 02/04/11 | 597.44 |

Total Deposit $ 597.44

Employee # 1036058

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

RUSS BORUNDA
2018 W. 262 ST.
LOMITA CA 90717

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

Security features included. Details on back.

Ralphs Pay Period From 01/17/11 To 01/23/11 Pay Date: 01/28/11

| EARNINGS | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| Regular Pay | 30.00 | 23.7250 | 711.75 |
| Sunday Reg | 10.00 | 23.7250 | 237.25 |
| SUN OT AMT | .10 | 46.1813 | 4.61 |
| Doubletime | 3.70 | 47.4500 | 175.58 |
| Sun Amt Prem | 10.00 | 7.0625 | 70.62 |
| NP Before Mi | 30.00 | .2000 | 6.00 |
| OT Prem | 13.80 | .3000 | 4.14 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|
| ---Gross---- | 1,209.95 | 3,922.66 |
| Federal Tax | | 6.25 |
| Soc Sec W/H | 50.82 | 164.75 |
| Medicare W/H | 17.55 | 56.88 |
| CA Calif Sta | 72.30 | 234.58 |
| CA Calif SDI | 14.52 | 47.07 |
| Child Supp | 161.54 | 502.34 |
| Child Supp | 125.00 | 129.26 |
| ChldSupt Fee | 2.00 | 2.00 |
| RGC Wkly | 14.75 | 44.25 |

FILING STATUS: M EXEMPTIONS: FEDERAL 99 STATE 4

**RUSS BORUNDA** **Advice #: 183291**

TOTAL GROSS 1,209.95 **Emp.# 1036058**
DEDUCTIONS 458.48
NET PAY 751.47

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

Ralphs

ADVICE NO. 183291
DATE 01/28/11

DEPOSITED TO:

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 01/28/11 | 751.47 |

Total Deposit $ 751.47

VOID VOID VOID

Employee # 1036058

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

RUSS BORUNDA
2018 W. 262 ST
LOMITA CA 90717

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

Security features included. Details on back.