| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Karen A. Ragland, SBN 108560<br>Garwacki & Associates<br>5111 Dahlia Drive, Suite A<br>Los Angeles, CA 90041<br>(323) 344-4100<br>(323) 344-4105 Fax<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Wells Fargo Dealer Services Inc. fka Wachovia Dealer Servi | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re<br> Russell Borunda aka Russell G. Borunda | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:11-bk-27264-TD |
| Debtor(s). | DATE: June 20, 2011<br>TIME: 10:30 AM<br>CTRM: 1345<br>FLOOR: 13th |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT: Wells Fargo Dealer Services Inc. fka Wachovia Dealer )
### (Personal Property)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☒ **255 East Temple Street, Los Angeles**   ☐ **411 West Fourth Street, Santa Ana**
   ☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a.  ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b.  ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☐ at the hearing      ☐ at least _____ court days before the hearing.

   (1)  ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2)  ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3)  ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                   **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 2 of ____*    **F 4001-1M.PP**

| In re                          (SHORT TITLE) | CHAPTER:  7 |
|---|---|
| Russell Borunda aka Russell G. Borunda | |
| Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: *May 27, 2001*

Garwacki & Associates
_____
*Print Law Firm Name (if applicable)*

Karen A. Ragland
_____
*Print Name of Individual Movant or Attorney for Movant*

_____
*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Personal Property) - *Page 3 of* ____     **F 4001-1M.PP**

| In re<br>Russell Borunda aka Russell G. Borunda | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

# MOTION FOR RELIEF FROM STAY
### (MOVANT: Wells Fargo Dealer Services Inc. fka Wachovia Dealer )

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to the following personal property (the "Property"):

   ☒ Vehicle *(describe year, manufacturer, type, and model):* 2004 Toyota Sequoia

       *Vehicle Identification Number:* 5TDZT34AX4S225886
       *Location of vehicle (if known):* In Debtor's Possession

   ☐ Equipment *(describe manufacturer, type, and characteristics):*

       *Serial number(s):*
       *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location):*

2. **Case History:**

   a. ☒ A voluntary  ☐ An involuntary  petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13
       was filed on *(specify date):* 4/21/11

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
       was entered on *(specify date):*

   c. ☐ Plan was confirmed on *(specify date):*

   d. ☐ Other bankruptcy cases affecting this Property have been pending within the past two years.  See attached Declaration.

3. **Grounds for Relief from Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:

     (1) ☒ Movant's interest in the Property is not adequately protected.

       (a) ☒ Movant's interest in the collateral is not protected by an adequate equity cushion.

       (b) ☒ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

       (c) ☐ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).

       (d) ☐ Payments have not been made as required by an Adequate Protection Order previously granted in this case.

     (2) ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

       (a) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

       (b) ☐ The Property was transferred to Debtor(s) either just before the bankruptcy filing or since the filing.

       (c) ☐ Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.

       (d) ☐ Other bankruptcy cases have been filed asserting an interest in the same Property.

       (e) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents.  No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*     **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 4 of ____*      **F 4001-1M.PP**

| In re                           | (SHORT TITLE) | CHAPTER: | 7 |
|---|---|---|---|
| Russell Borunda aka Russell G. Borunda | | | |
| | Debtor(s). | CASE NO.: | 2:11-bk-27264-TD |

(3) ☐ *(Chapter 12 or 13 cases only)*

    (a) ☐ Postconfirmation plan payments have not been made to the standing trustee.

    (b) ☐ Postconfirmation payments required by the confirmed plan have not been made to Movant.

(4) ☐ The lease has been rejected or deemed rejected by operation of law.

(5) ☐ For other cause for relief from stay, see attached continuation page.

b.  ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:**   *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

  a.  ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

  b.  ☐ Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional admissible evidence in support of this Motion.

  c.  ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

  d.  ☐ Other evidence *(specify)*:

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1. ☒ Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. Additional provisions requested:

  a.  ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

  b.  ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

  c.  ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

  d.  ☐ For other relief requested, see attached continuation page.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Personal Property) - *Page 5 of ____*        **F 4001-1M.PP**

| In re (SHORT TITLE)<br>Russell Borunda aka Russell G. Borunda | | CHAPTER: 7 |
| | Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: *May 27, 2011*

Respectfully submitted,

Wells Fargo Dealer Services Inc. fka Wachovia Dealer Services In
*Movant Name*

Garwacki & Associates
*Firm Name of Attorney for Movant (if applicable)*

By: _____
*Signature*

Name:   Karen A. Ragland
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 6 of* ____      **F 4001-1M.PP**

| In re                                    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Russell Borunda aka Russell G. Borunda | |
| Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

## PERSONAL PROPERTY DECLARATION
### (MOVANT: Wells Fargo Dealer Services Inc. fka Wachovi )

I, Julie Becking _____, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the personal Property that is the subject of this Motion ("Property") because *(specify)*:

   ☐ I am the Movant and owner of the Property.

   ☐ I manage the Property as the authorized agent for the Movant.

   ☒ I am employed by the Movant as *(state title and capacity)*: Paralegal

   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to loans, leases, or extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The Property that is the subject of this Motion is:

   ☒ Vehicle *(describe manufacturer, type, model, and year)*: 2004 Toyota Sequoia

       *Vehicle Identification Number:* 5TDZT34AX4S225886
       *Location of vehicle (if known):* In Debtor's Possession

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:

       *Serial number(s):*
       *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

4. Debtor(s) ☒ listed the Property on Schedule B ☐ did not list the Property on Schedule B.

5. The nature of Debtor's(s') interest in the Property is:
   a. ☐ Sole owner
   b. ☐ Co-owner
   c. ☐ Lessee
   d. ☒ Other *(specify)*:   Registered Owner

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                          **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 7 of* ____          **F 4001-1M.PP**

| In re                    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Russell Borunda aka Russell G. Borunda                                    Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

6. The lease was rejected on _____ *(specify date)*:

    a. ☐ by operation of law.

    b. ☐ by Order of the Court.

7. Movant has a perfected security interest in the Property.

    a. The Property is a motor vehicle, boat, or other property for which a Title Certificate is provided for by state law.  True and correct copies of the following items are attached to this Motion:

        (1) ☐ Certificate of Title *("Pink Slip")* attached as Exhibit _____.

        (2) ☐ Vehicle or other Lease Agreement attached as Exhibit _____.

        (3) ☒ Security Agreement attached as Exhibit 1_____.

        (4) ☒ Other evidence of perfection attached as Exhibit 2_____.

    b. The Property is equipment, intangibles, or other personal property for which a Title Certificate is not provided for by state law.  True and correct copies of the following items are attached:

        (1) ☐ Security Agreement attached as Exhibit _____.

        (2) ☐ UCC-1 Financing Statement attached as Exhibit _____, as recorded on *(specify date)*:

        (3) ☐ UCC Financing Statement search results attached as Exhibit _____.

        (4) ☐ Results of search of recorded or filed leases attached as Exhibit _____.

        (5) ☐ Other evidence of perfection of a security interest attached as Exhibit _____.

    c. The Property is consumer goods.  True and correct copies of the following items are attached:

        (1) ☐ Credit Application attached as Exhibit _____.

        (2) ☐ Purchase Agreement attached as Exhibit _____.

        (3) ☐ Account Statement showing payments made and balance due attached as Exhibit _____.

        (4) ☐ Other evidence of perfection of a security interest *(if necessary under state law)* attached as Exhibit _____.

    d. ☐ Other liens against the Property are set forth on the attached continuation page.

8. Status of Movant's debt:

    a. A true and correct copy of the promissory note or other document that evidences the debt owed by Debtor(s) to Movant is attached as Exhibit 1 & 2___.

    b. Amount of current monthly payment: $ 401.94

    c. Number of payments that have come due and were not made:  2

    d. Last payment received on *(specify date)*: 3/30/11

9. Attached hereto as Exhibit _____ is a true and correct copy of a POSTPETITION payment history that accurately reflects the dates and amounts of all payments made by the Debtor(s) since the petition date.

10. Amount of Movant's debt:

    a. Principal:                                                              $    15,213.60

    b. Accrued Interest:                                                 $        269.13

    c. Costs (Attorney's Fees, Late Charges, Other Costs):   $          50.20

    d. Advances (Property Taxes, Insurance):               $

    e. TOTAL CLAIM as of 5/25/11               :   $    15,532.93

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Personal Property) - *Page 8 of* _____   **F 4001-1M.PP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Russell Borunda aka Russell G. Borunda | Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

f.   Future payments due by time of anticipated hearing date *(if applicable)*:
An additional payment of $ 401.94 _____ will come due on 6/9/11 _____, and on the 9th _____ day of each month thereafter.  If the payment is not received by the 19th _____ day of the month, a late charge of $ 20.10 _____ would be due under the terms of the loan.

11.  ☒   *(Chapter 7 and 11 cases only)*  The fair market value of the Property is: $ 12,500.00 _____.  This valuation is based upon the following supporting evidence:

a.  ☐   This is the value indicated for collateral of this year, make, model, and general features in the reference guide most commonly used source for valuation data used by Movant in the ordinary course of its business for determining the value of this type of collateral. True and correct copies of the relevant excerpts of the most recent edition are attached as Exhibit _____.

b.  ☐   This is the value determined by an appraisal or other expert evaluation.  A true and correct copy of the expert's report or declarations attached as Exhibit _____.

c.  ☒   Debtor's(s') admissions in the Schedules filed in the case.  A true and correct copy of the relevant portions of the Debtor's(s') Schedules are attached as Exhibit 3 _____.

d.  ☐   Other basis for valuation *(specify):*

---

**NOTE:**  *If valuation is contested, supplemental declarations providing additional foundation for the opinions of value should be submitted.*

---

12.  Calculation of equity in Property:

a.  By subtracting the total amount of all liens from the value of the Property as set forth in Paragraph 11 above, I calculate that the Debtor's(s') equity in the Property is $ 0.00 _____ (§ 362(d)(2)(A)).

b.  I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $ 0.00 _____ (§ 362(d)(1)).

13.  ☒   The fair market value of the Property is declining based on/due to: Depreciation of the vehicle. _____

14.  ☐   *(Chapter 12 or 13 cases only)*  Chapter 12 or 13 case status information:

a.  341(a) Meeting currently scheduled for (or concluded on) the following date:
Confirmation hearing currently scheduled for (or concluded on) the following date:
Plan confirmed at hearing on the following date *(if applicable)*:

b.  Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

| *(Number of)* _____ payment(s) due at $_____ | each = | $_____ |
|---|---|---|
| *(Number of)* _____ payment(s) due at $_____ | each = | $_____ |
| *(Number of)* _____ late charge(s) at  $_____ | each = | $_____ |
| *(Number of)* _____ late charge(s) at  $_____ | each = | $_____ |

c.  Postpetition/preconfirmation advances or other charges due but unpaid:                                                $_____
(See attachment for details of type and amount.)

**TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:**   $_____

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Personal Property) - *Page 9 of* ____    **F 4001-1M.PP**

| In re                               (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Russell Borunda aka Russell G. Borunda                    Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

d.  Postconfirmation/payments due BUT REMAINING UNPAID since plan confirmation *(if applicable)*:

    *(Number of)* _____ payment(s) due at $_____ each  =  $_____
    *(Number of)* _____ payment(s) due at $_____ each  =  $_____
    *(Number of)* _____ late charge(s) at  $_____ each  =  $_____
    *(Number of)* _____ late charge(s) at  $_____ each  =  $_____

e.  Postconfirmation advances or other charges due but unpaid:                    $_____
    (See attachment for details of type and amount.)

            **TOTAL POSTCONFIRMATION DELINQUENCY:**          $_____

f.  ☐  The claim is provided for in the Chapter 12 or 13 Plan.  Plan payment history is attached as Exhibit _____.

g.  ☐  See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan *(attach Court Form F 4001-1M.13)*.

15. ☐  Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

16. ☐  Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case.

    a.  ☐  These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

    b.  ☐  For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** May 27 , 2011 , at Rancho Cucamonga _____ *(city, state)*.

Julie Becking _____        _____
*Print Declarant's Name*                              *Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                    **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 10 of ____*    **F 4001-1M.PP**

| In re                                    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Russell Borunda aka Russell G. Borunda | |
| Debtor(s). | CASE NO.: 2:11-bk-27264-TD |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5111 Dahlia Drive, Suite A, Los Angeles, CA 90041

A true and correct copy of the foregoing document described as  NOTICE OF MOTION AND MOTION FOR RELIEF
 FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362                         will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On ___May 31, 2011___  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 The Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/31/2011 | Stephanie Fisher | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                    **F 4001-1M.PP**

## **Additional Service Information:**

Debtor(s):
Russell Borunda
2018 262nd Street
Lomita, CA 90717

Debtor's Attorney:
Raymond J. Seo
1 Centerpointe Drive, Ste 375
La Palma, CA 90623

Trustee:
John J. Menchaca
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

U.S. Trustee:
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

# EXHIBIT "1"

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

Contract Number 20604

ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**

   a. How we will figure Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Creditor - Seller may receive part of the Finance Charge.

   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

   c. How late payments or early payments change what you must pay. We figure the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

2. **YOUR OTHER PROMISES TO US**

   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   **GAP INSURANCE**
   In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. Security interest.
   You give us a security interest in:
   - The vehicle and all parts or goods installed on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle.

   d. Insurance you must have on the vehicle. You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. What happens to returned insurance, maintenance, service, or other contract charges. If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property;
   - The vehicle is lost, damaged or destroyed; or
   - You break any agreements in this contract
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. You may have to pay collection costs. You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

   e. How you can get the vehicle back. If we take the vehicle, we may keep it or sell it. If we repossess the vehicle, we may sell it or you may be able to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem your vehicle

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

so on demand, we will use our vehicle. We will apply your written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the face of this contract, not to exceed the highest rate permitted by law, until you pay.

   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**

   If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   Spanish Translation: Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Applicable Law**
   Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

7. **Warranties of Buyer.** You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information in the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

**Seller's Right to Cancel**

   a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

   b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

   c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

   d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

Seller assigns its interest in this contract to _____  Wholesale Dealer Services, Inc.  (Assigned or address)
PO Box _____  under the terms of Seller's agreement(s) with Assignee.
Sacramento, CA _____  □ Assigned with recourse
□ Assigned with limited recourse
Seller _____  By _____  Title _____
Form No. MS-CA V08

# EXHIBIT "2"

| | | | |
|---|---|---|---|
| VIN | 5TDZT34AX4S225886 | | |
| Status | *Perfected Title* | | |
| Borrower | RUSSELL BORUNDA JENNIFER M BORUNDA<br><br>2018 W 262ND ST<br>LOMITA, CA 90717 | | |
| Borrower Home Phone | | | |
| Borrower Work Phone | | | |
| Branch | 827 | Acct # | |
| Loan # | | Suffix | 001 |
| Owner | BORUNDA RUSSELL OR BORUNDA JENNIFER | | |
| Lienholder | WACHOVIA DEALER SVC | | |
| Dealer ID | | | |
| Year | 2004 | Make | TOYT |
| License | 6KIH323 | Title # | |
| Body | UT | Vehicle Type | VEH |
| Registration Expiration | 100408 | | |
| Collateral Number | 001 | | |
| | | Origin | |
| Account Type | **Financed (Loan)** | Loan Type | **Vehicle** |
| Contract with Release | None | | |

| | | | |
|---|---|---|---|
| Financed | 11/12/2009 | Tech | **FDI** |
| Booked | 11/10/2009 | | |
| DMV Work | 11/18/2009 | | |
| Imported | 11/20/2009 | | |
| Added | 11/13/2009 | | |
| Perfected | 11/20/2009 | | |
| Payoff | / / | Tech | |
| Released | / / | | |
| Release Type | | | |
| Exported | / / | | |
| DMV Response | / / | Code | |
| DMV Deleted | / / | | |
| Expires | 11/25/2014 | | |
| FDI Assigned User | | FDI Action Date | / / |
| Lienholder Assigned User | | Lienholder Action Date | / / |
| Misc. | | | |
| State | CA | **Electronic** | |

| More Details | Save Note | ExplodeVIN |
|---|---|---|

**Notes**

Record Activity for WACHOVIA DEALER SVC

OTTS - System note on 11/23/09 10:40:16 AM by FDI:
Record Uploaded (E)
VTTS - Status changed to PT on 11/20/2009 11:39 PM by FDI
VTTS - Status changed to PM on 11/13/2009 12:51 AM by FDI
VTTS - System note on 11/13/2009 12:51 AM by FDI:
Record created from N Transaction.

Lien Placement Activity

# EXHIBIT "3"

B6D (Official Form 6D) (12/07)

In re  **Russell Borunda**                                                                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of
the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided
if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and
other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or
guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured
creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate
schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be
liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the
claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last
sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with
primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxx3525 | | 2007 | | | | | | | |
| **Wells Fargo Dealer Services** P.O. Box 25341 Santa Ana, CA 92799 | - | Auto Loan 2004 Toyota Sequioa | | | | | | | |
| | | Value $          12,500.00 | | | | | | 15,448.00 | 2,948.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | Value $ | | | | | | | |

| | | | |
|---|---|---|---|
| <u>0</u>  continuation sheets attached | Subtotal (Total of this page) | 15,448.00 | 2,948.00 |
| | Total (Report on Summary of Schedules) | 15,448.00 | 2,948.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy