| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Karen A. Ragland    SBN 108560**<br>**GARWACKI & ASSOCIATES**<br>**5111 Dahlia Drive, Suite A**<br>**Los Angeles, CA 90041**<br>**(323)344-4100**<br>**(323)344-4105 Fax**<br><br>☒ *Attorney for Movant(s) Wells Fargo Dealer Service, Inc. fka*<br>☐ *Movant(s) appearing without an attorney* | **FILED & ENTERED**<br><br>**JUL 11 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Russell Borunda<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-27264-TD<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)**<br><br>DATE:         June 28, 2011<br>TIME:          10:30 a.m.<br>COURTROOM:    1345<br>PLACE:         13th Floor |
|---|---|

Movant: **Wells Fargo Dealer Service, Inc. fka Wachovia Dealer Services, Inc.**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

   ☒ Vehicle (*describe year, manufacturer, type and model*): 2004 Toyota Sequoia

   Vehicle identification number: 5TDZT34AX4S225886
   Location of vehicle (*if known*): In Debtor's Possession

   ☐ Equipment (*describe manufacturer, type, and characteristics*):

   Serial number(s):    _____
   Location (*if known*):  _____

---
This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*                                    Page 1                                    **F 4001-1.ORDER.PP**

☐ Other Property (*describe type, identifying information, and location*):

☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362 (d)(1)    ☒ 11 U.S.C. § 362(d)(2)

4. As to the Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set for the in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before the following date (*specify*): _____

7. ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ~~This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.~~

10. This court further orders as follows:
    a. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER*).
    c. ☐ See attached continuation page for additional provisions.

###

*signature: Vinct P. Zurzolo*

DATED: July 11, 2011

United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*    Page 2    **F 4001-1.ORDER.PP**

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)** was entered on the date stated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/8/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below:

Attorney for Movant: Karen A. Ragland: Karen.ragland@prodigy.net

Attorney for Debtor: Raymond J. Seo: rjseo75@yahoo.com

Trustee: John J. Menchaca: igatea@menchacacpa.com, ca87@ecfcbis.com, igaeta@menchacacpa.com

United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

**Debtor(s):**
Russell Borunda
2018 262nd Street
Lomita, CA 90717

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*                                      Page 3                                      **F 4001-1.ORDER.PP**